IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES of AMERICA                                                                PLAINTIFF

V.                              NO.  5:08-CR-50055-JLH

JESUS TREVINO                                                                           DEFENDANT

O R D E R

Before the court is the Defendant's Motion to Proceed In Forma Pauperis (Doc. 12) filed July 7, 2008.

The Defendant was charged by criminal complaint on May 14, 2008 (Doc. 1) with being a alien, who had previously been deported, thereafter was found to be unlawfully within the United States.

The Defendant appeared initially on May 14, 2008 and elected to proceed pro se. (Doc. 2). An Indictment was handed down on June 25, 2008 (Doc. 7) and the Defendant was arraigned on June 30, 2008.  The Defendant again elected to proceed pro se. (Doc. 8).

The Defendant filed this Motion to Proceed In Forma Pauperis under 28 U.S.C. section 1915 on July 7.  The Motion is without merit because the action pending in the court is a criminal action which does not involve the payment of fees or cost by the Defendant.

For the reasons stated the Motion to Proceed In Forma Pauperis is Denied as Moot.

IT IS SO ORDERED this July 9, 2008.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE