IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

    v.    Criminal No. 08-50055-001

JESUS TREVINO, also known
as Adalid Montiel-Figueroa                                            DEFENDANT

### O R D E R

Now on this 31st day of July, 2008, comes on for consideration **Government's Motion To Amend Indictment By Reversing The Order Of The Defendant's Names As They Appear In The Indictment** (document #18), and the Court, being unpersuaded that any good and sufficient basis exists to grant same, hereby **denies** it.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**